IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

  vs.

ROCHELLE L. LACY,

      Defendant.

No. Mag. S-08-0233 EFB

ORDER

/

Defendant Lacy has been charged in an Information with "Driving When Privilege Suspended and Revoked for Failure to Appear," in violation 18 U.S.C. §13 and Cal. Veh. Code § 14601.1(a) (Count 1), and with "Driving Without a Valid License," in violation 18 U.S.C. §13 and Cal. Veh. Code § 12500(a) (Count 2).  Defendant moves to dismiss on the grounds that prosecution of the case is barred by the Speedy Trial Act, 18 U.S.C. § 3172(2).   The court has carefully considered the moving and opposing papers and finds that the motion must be denied.

As defendant's motion concedes, 18 U.S.C. § 3172(2) only applies to felonies and Class "A" misdemeanors and not to Class "B" misdemeanors. *United States v. Talbot* , 51 F.3d 183, 185 (9th Cir. 1985).  Nonetheless, defendant requests that the court use its supervisory power to formulate a remedy to address what defendant characterizes as unreasonable delay in filing the information.  The defendant suggests the Speedy Trial Act as the framework for doing so.

1    Although government misconduct might well be addressed in that manner, if warranted,
2 the court finds no such misconduct here.  To the contrary, the initial charging document, the
3 instant Information, was filed on July 7, 2008.  A Notice to Appear was promptly issued that
4 same date by certified mail and the defendant signed for its receipt on July 11, 2008.
5 Nonetheless, the defendant failed to appear for the initial appearance on July 25, 2008, and the
6 government requested that an abstract be issued.  However, an Assistant Federal Defender
7 requested to enter an appearance for the defendant and moved orally for dismissal under the
8 Seedy Trial Act.  The court ordered that the issue be briefed and issued the abstract.  The
9 government did not cause the defendant's failure to appear nor has it engaged in any misconduct
10 in this case.
11    Accordingly defendant's August 1, 2008, motion to dismiss is denied.  The matter is set
12 for a Status Conference on February 23, 2009 at 10:00 a.m. in Courtroom No. 25.
13    So Ordered.
14 DATED: February 9, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE